# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Y and S RealEstate Group, LLC          CHAPTER 7
Debtor(s)

BKY. NO. 24-11512 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lima One Capital, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
08 May 2024, 13:04:55, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 388536a01253251b7990caa4573e371b7da20d6e81b5f111f1bcff840cea4488