*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Y and S RealEstate Group, LLC<br><br>    Debtor(s). | Case No. 24–11512–pmm<br><br>Chapter: 7 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 6, 2024, this case is hereby DISMISSED.

**Date: May 22, 2024**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Corporate Resolution
Matrix List of Creditors
Schedule A/B
Schedule D
Schedule E/F
Schedule G
Schedule H
Statement of Financial Affairs
Summary of Assets and Liabilities